IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| ROBERT CRAWFORD, | CV 13–189–M–DWM–JCL |
| Petitioner, | |
| vs. | ORDER |
| JAY DOYLE, et al., | |
| Respondents. | |

Petitioner Robert Crawford is proceedings pro se. This matter comes before this Court on Crawford's writ of habeas corpus under 28 U.S.C. § 2254. Magistrate Judge Lynch recommends dismissing the petition. (Doc. 5.)

Crawford is entitled to *de novo* review of the specified findings or recommendations to which he objects. 28 U.S.C. § 636(b)(1). The Court reviews the Findings and Recommendations not specifically objected to for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

1

422, 427 (9th Cir. 2000). Crawford did not file any objections.

The Court finds no clear error in Judge Lynch's determination that Crawford's claims are not cognizable in habeas and that Crawford has failed to exhaust his state remedies.

Accordingly, IT IS ORDERED that the Findings and Recommendation (Doc. 5) are ADOPTED IN FULL. Crawford's petition for writ of habeas corpus (Doc. 1) is DISMISSED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to enter by separate document a judgment in favor of Respondents and against Petitioner.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

Dated this 7th day of March, 2014.

Donald W. Molloy, District Judge
United States District Court